No. 03–10956. ECKARDT *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 860. Motion for leave to file petition for rehearing denied.

MARCH 1, 2005

No. 04–8900 (04A746). MOBLEY *v.* NIX, CHAIRMAN, GEORGIA BOARD OF PARDONS AND PAROLES, ET AL. Sup. Ct. Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 04–8901 (04A747). MOBLEY *v.* SCHOFIELD, WARDEN (two judgments). Sup. Ct. Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.